**SOCIETY CREATED TO REDUCE URBAN BLIGHT (SCRUB), Mary Cawley Tracy, Councilman David Cohen, Friends of FDR Park and Center City Residents Association**

v.

**ZONING BOARD OF ADJUSTMENT, City of Philadelphia, Interstate Outdoor Advertising and Conrail.**

Supreme Court of Pennsylvania.

Argued April 9, 2003.

Decided April 25, 2003.

Stephen Wen–Wei Ching, Paul Steven Diamond, Philadelphia, Thomas A. Leonard, Harrisburg, for Conrail and Interstate Outdoor Advertising.

Samuel C. Stretton, West Chester, SCRUB; Friends FDR Park; Council D. Cohen; Ctr. Cty. Residents; Mary Cawley Tracy.

Cheryl Lorraine Gaston, Philadelphia, Zoning Bd. of Philadelphia; City of Philadelphia.

### *ORDER*

PER CURIAM.

Appeal dismissed as having been improvidently granted.

Justice CASTILLE dissents.